JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SHULTS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 8:19-CV-00587-JLS<br><br>**JUDGMENT** |
| JOSEPH HAYMORE,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 8:19-CV-00361-JLS<br><br>**JUDGMENT** |
| PAUL LICAUSI,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 8:19-CV-00416-JLS<br><br>**JUDGMENT** |
| SYLVIA MELKONIAN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 8:19-CV-02095-JLS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petitions in the above-captioned matters are dismissed, and the actions are dismissed with prejudice.

The Clerk shall close these cases.

**DATED: November 4, 2020**



_____
Hon. Josephine L. Staton
United States District Judge